AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Middlebrooks, Donald M | 2. Court or Organization  U.S.D.C. - S.D. FLA (WPB) | 3. Date of Report  06/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Ct. Judge-Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address  701 Clematis Street, Room 257 West Palm Beach, FL 33401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner (22.5% Interest) | Lake Lucy Groves (Operations and most of assets sold - See Section VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUN 23 A 10: 55 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M | 06/13/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Palm Beach County School Board - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M | 06/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lake Lucy Groves, Lake Cty, FL | A | Int./Div. | L | W | | | | | |
| 2. Coca Cola Common Stock | D | Dividend | N | T | | | | | |
| 3. Berkshire Hathaway Common Stock A | | None | P1 | T | | | | | |
| 4. Berkshire Hathaway Common Stock B | | None | M | T | Partial Sale | 12/12 | L | D | |
| 5. General Electric | A | Dividend | L | T | Partial Sale | 11/05 | K | C | |
| 6. Wm Wrigley | A | Dividend | K | T | | | | | |
| 7. Exxon Mobil Common Stock A | B | Dividend | M | T | | | | | |
| 8. Intel Corporation Common Stock | A | Dividend | K | T | Partial Sale | 9/6 | J | A | |
| 9. Microsoft Corporation Common Stock | A | Dividend | K | T | Partial Sale | 9/6 | J | A | |
| 10. Johnson & Johnson Common Stock | A | Dividend | K | T | Partial Sale | 9/6 | J | A | |
| 11. | | | | | Partial Sale | 11/5 | K | A | |
| 12. I Shares MSCI Emerging Markets Index Fund | B | Dividend | N | T | Partial Sale | 9/6 | K | D | |
| 13. I Shares MSCI EAFE Index Fund | D | Dividend | O | T | Parial Sale | 9/6 | K | D | |
| 14. UTS SPDR Trust Series I | C | Dividend | M | T | Partial Sale | 12/12 | K | C | |
| 15. Vanguard Total Stock Mkt Viper | C | Dividend | M | T | Partial Sale | 12/12 | K | D | |
| 16. I Shares Trust Lehman Bond Fund | D | Interest | N | T | | | | | |
| 17. Wachovia Common Stock | | | | | Partial Sale | 8/3 | J | E | |

| | | |
|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less B =$1,001 - $2,500 C =$2,501 - $5,000 D =$5,001 - $15,000 E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 G =$100,001 - $1,000,000 H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less K =$15,001 - $50,000 L =$50,001 - $100,000 M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal R =Cost (Real Estate Only) S =Assessment T =Cash Market | |
| | U =Book Value V =Other W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sell | 12/19 | J | D | |
| 19.  Corning Common Stock | A | None | J | T | | | | | |
| 20.  U.S. Treasury Notes | D | Interest | M | T | Partial Sale | 9/6 | K | A | |
| 21.  Federal Home Loan Bank | D | Interest | N | T | Partial Sale | 8/14 | L | A | |
| 22. | | | | | Redemption | 12/4 | K | A | |
| 23.  Federal Nat. Mtg. Ass'n Med. Term Notes | C | Interest | L | T | | | | | |
| 24.  Federal Farm Credit Bonds | C | Interest | L | T | | | | | |
| 25.  .2279279% Int. in ▊▊▊▊ in Airport Ind. Pk. Orlando | | None | K | Q | | | | | |
| 26.  Holwood, Inc. | | None | K | W | | | | | |
| 27.  Level 3 Communication Inc. CV | A | Interest | K | T | | | | | |
| 28.  Citibank, N.A. Bank Deposit Program (Cash) | C | Interest | L | T | | | | | |
| 29.  US Tsy Inflation Index NTS DTD 1/15/2001 | B | Interest | M | T | | | | | |
| 30.  Northern Trust Checking Account | B | Interest | K | T | | | | | |
| 31.  Google Common Stock | | None | K | T | Buy | 5/16 | J | | |
| 32.  Currency Shares Euro Trust | A | Int./Div. | L | T | Buy | 12/7 | L | | |
| 33.  Yahoo | | None | | | Buy | 3/9 | J | | |
| 34. | | | | | Sell | 11/5 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M | 06/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Item Number:

1. As noted previously, virtually all assets of Lake Lucy Groves were sold.  Other than a small amount of cash in the checking account, the only remaining assets are an interest in, pursuant to the sales contract, ▇unplatted residential lots which have not yet been transferred to the partnership.

24. Appraisal Date 8/6/94.

25. Previously disclosed shares in ▇▇ corporation given to ▇▇▇▇ Timberland in Crawfordville, GA sole asset of corporation.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M | 06/13/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544